152 A.3d 755

**ALI**

**v.**

**DAVIS**

**Pet. Docket No. 379, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1483, Sept. Term, 2015)

Petition for writ of certiorari denied

152 A.3d 755

**BURKS, Jamar Tyrone**

**v.**

**STATE of Maryland**

**Pet. Docket No. 450, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 2122, Sept. Term, 2015)

Petition for writ of certiorari denied